Case 1:16-cr-00006-MPB-TAB   Document 53   Filed 05/20/24   Page 1 of 1 PageID #: 226

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America  
v.  
William Epperson  

Case No: 1:16CR00006-001  
USM No: 07490-028  

Date of Original Judgment: 10/06/2016  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*  

Jacob Leon  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 132 months **is reduced to** 121 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/06/2016 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/20/2024

*Judge's signature*

Effective Date: _____  
*(if different from order date)*

Honorable Matthew P. Brookman, U.S. District Court Judge  
*Printed name and title*